■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMAR GILMORE, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [959 NYS2d 85]—Mo-

tion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Sconiers, Valentino and Martoche, JJ.